AO 240A    (Rev. 1/94) Order on Application to Proceed Without Prepayment of Fees

# United States District Court
## District of the Northern Mariana Islands

FILED
Clerk
District Court

DEC - 3 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

AM NURUL MONEM SARKER,
SOHEL AHMED and
AMBROCIO BAING

      Plaintiff

V.

KINSHIP ENTERPRISES, INC. and
DOES I-V.

      Defendant

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE NUMBER: CV 07 - 0036

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

☒ GRANTED.

   ☒ The clerk is directed to file the complaint.

   ☒ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____
_____

ENTER this __3RD__ day of __DECEMBER__, 2007

RECEIVED
NOV 29 2007
Clerk
District Court
The Northern Mariana Islands

_____
Signature of Judicial Officer

__Judge__
Name and Title of Judicial Officer

ALEX R MUNSON