%AO 440    (Rev. 08/01) Summons in a Civil Action

FILED
Clerk
District Court

DEC 28 2007

# United States District Court
### District of the Northern Mariana Islands

For The Northern Mariana Islands
By_____
(Deputy Clerk)

AM NURUL MONEM SARKER, ET AL.

V.

KINSHIP ENTERPRISES, INC., and DOES I-V

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    07-0036

TO: (Name and address of Defendant)

KINSHIP ENTERPRISES, INC.
Saipan, MP  96950

RECEIVED
DEC 05 2007
US MARSHALS SERVICE-CNMI

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

COLIN M. THOMPSON, ESQ.
Thompson Law Office, LLC
PMB 917 Box 10001
Saipan, MP  96950
Tel. No. (670) 233-0777
Fax No. (670) 233-0776

an answer to the complaint which is served on you with this summons, within ____twenty (20)____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Galo L. Perez                                              12/03/2007
CLERK                                                      DATE
Mario Glenn G. Mendoza, Deputy Clerk
(By) DEPUTY CLERK

≈AO 440    (Rev. 08/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>12-26-2007 |
| NAME OF SERVER (PRINT)<br>WOLFGANG M. CALVERT | TITLE<br>CIDUSM D/NMI |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.  GUALO RAI VILLAGE - NEXT TO JESSON PRESBYTRIAN
Name of person with whom the summons and complaint were left: THOMAS HAIDALGO    FATHER

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 1.80 | 45.00 | 46.80 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-26-07
        Date                Signature of Server

USMS D/NMI   HORIGUCHI BLD 1ST FL
PO BOX 500570 SAIPAN MP 96950
        *Address of Server*

\* KINSHIP SECURITY ENTERPRISE
PO BOX 503165 SAIPAN MP 96950
670-233-0870 (DISCONNECTED) / 670-286-3965
OWNER: RAUL HAIDALGO

   *COURT ORDER TO SERVE PROCESS WITHOUT PREPAYMENT OF FEES*

[hand-drawn map showing MARPAC, GUALO RAI RD, MIDDLE RD, Korean Church]

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 240A   (Rev. 1/94) Order on Application to Proceed Without Prepayment of Fees

# United States District Court
## District of the Northern Mariana Islands

COPY of Original Filed on this date

AM NURUL MONEM SARKER,
SOHEL AHMED and
AMBROCIO BAING

    Plaintiff

V.

KINSHIP ENTERPRISES, INC. and
DOES I-V.

    Defendant

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE NUMBER: CV 07-0036

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

[X] GRANTED.

    [X] The clerk is directed to file the complaint.

    [X] IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

[ ] DENIED, for the following reasons:

_____

_____

RECEIVED DEC 04 2007 US MARSHALS SERVICE-CNMI

ENTER this  3RD  day of  DECEMBER , 2007.

RECEIVED NOV 29 2007
Clerk
District Court
The Northern Mariana Islands

RECEIVED DEC 05 2007
US MARSHALS SERVICE-CNMI

Signature of Judicial Officer

Name and Title of Judicial Officer
ALEX R MUNSON