≈AO 440   (Rev. 08/01) Summons in a Civil Action

# United States District Court

### District of the Northern Mariana Islands

AM NURUL MONEM SARKER, ET AL.

V.

KINSHIP ENTERPRISES, INC., and DOES I-V

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   07-0036

TO: (Name and address of Defendant)

KINSHIP ENTERPRISES, INC.
Saipan, MP 96950

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

COLIN M. THOMPSON, ESQ.
Thompson Law Office, LLC
PMB 917 Box 10001
Saipan, MP 96950
Tel. No. (670) 233-0777
Fax No. (670) 233-0776

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Galo L. Perez                                                                12/03/2007
CLERK                                                                        DATE
(Mario Glenn G. Mendoza, Deputy Clerk)
(By) DEPUTY CLERK

≈AO 440   (Rev. 08/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE December 28, 2007 |
| NAME OF SERVER *(PRINT)* Emily S. Licop | TITLE Administrative Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other *(specify)*: Served to Registered Agent, Marilyn G. Oclima via certified mail at P.O. Box 503165, Saipan, MP 96950

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1/4/08
             *Date*

*Signature of Server*

PMB 917 Box 10001
Saipan, MP 96950
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.