**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| AM NURUL MONEM SARKER, SOHEL AHMED, & AMBROCIO BAING | CV 07-0036 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| KINSHIP ENTERPRISES, INC. AND DOES I-V | SUMMONS IN A CIVIL CASE |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
KINSHIP ENTERPRISES, INC 670-233-0870
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
GAULO RAI, SAIPAN MP 96950

FILED
Clerk
District Court
JAN - 3 2008
For The Northern Mariana Islands
By _____
(Deputy Clerk)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

COLIN M. THOMPSON, ESQ.
THOMPSON LAW OFFICE, LLC
PMB 917 BOX 10001 SAIPAN MP 96950
TEL 670-233-0777 FAX 233-0776

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | N/A |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 670-233-0777
DATE: 12/3/07

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 005 | No. 005 | | 12-26-07 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
THOMAS HAIDALGO - FATHER

☒ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
AS ABOVE; ADJACENT TO MARPAC DISTRIBUTORS AND NEXT TO PRESBYTRIAN KOREAN CHURCH

Date: 12/26/07
Time: 14:15 ☒ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $45.00 | $1.80 | | $46.80 | $0.00 | $46.80 |

REMARKS:
COURT ORDER TO PROCEED WITHOUT PREPAYMENT OF FEES, PAYMENT STILL DUE UNLESS COURT PROCLAIMS PLANTIFF IS INDEGENT OR PAUPER IN WRITING. CHECK PAYABLE TO : US MARSHALS SERVICE

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00