Kinship Enterprises, Inc.
P.O. Box 503165
Saipan, MP 96950
Tel. Nos. (670) 233-1347

Pro Se

F I L E D
Clerk
District Court

JAN -8 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| AM NURUL MONEM SARKER, et al., ) | Civil Case #07-0036- |
| ) | |
| Plaintiffs, ) | |
| ) | ANSWER |
| vs. ) | |
| ) | |
| KINSHIP ENTERPRISES, INC. ) | |
| and DOES I-V ) | |
| ) | |
| Defendants. ) | |
| _____) | |

    This is in response to the summons in a civil case filed against our company by our previous employees as stated in the summons. We wish to inform you that the said case had already been heard at the Department of Labor and the final decision have already been issued and served (see attached Administrative Order for your reference). [illegible handwritten note]

    I can not afford lawyer's services or get help from Micronesia Legal Services to answer the complaint, so I will just use verses from the Bible and hopefully find answer and justice, because the Bible is inspired of God, it is beneficial for teaching, for reproving and for setting things straight.(Timothy 3:16) For the word of God is alive and exerts power and is able to discern thoughts and intentions of the hearts.

(Hebrews 4:12) Its from God and Jehovah God is a lover of justice.(Psalm 37:28)

The fact is, the Plaintiffs work for us for years (2001-2007) with a verbal agreement with their proposed terms. That they will pay all the expenses just for us to hire the Plaintiffs and that they would like to work long hours at the minimum wage rate of $ 3.05 per hour. The fact that this set-up goes on for years confirms that this was all an arrangement and was concluded when the Plaintiffs admit it at the labor hearing. Now, when the economy turns bad and no jobs for them, we informed them to look for a new employer. We gave them all the time and consideration and when they did not find employer, they file complaint before the expiration of their work permits, just to stay here for their own interest and hopefully for federalization.

I've lost my job and soon my business which I started with hardwork because of their lies and trickery. I've suffered too much, emotionally and financially that I can not even hire a lawyer to protect me unlike them. I want mercy and not sacrifice," You would not have condemned the guiltless ones. (Mathew 12:7) " Have you not read what David did when he and the men with him got hungry? How he entered into the house of God and they ate the loaves of presentation, something that it was not lawful for him to eat, but for the priest only? (Mathew 12:3-4) I've made a mistake trusting the Plaintiffs, now I'm putting my trust to the heavenly father Jehovah Almighty God and his words. (Psalm 83:18) For I know, by being humble, at the day of trial, his holy spirit will be with you, be cause he cares about you. ( 1 Peter 5:6-11)

Respectfully submitted this 8th day of January 2008.

_____
Raul Hidalgo/ Kinship Ent.