FILED
Clerk
District Court

JAN -9

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| AM NURUL MONEM SARKER, *et al.*, | Civil No. 07-0036 |
| Plaintiffs | |
| v. | ORDER STRIKING ANSWER and SETTING STATUS/ SETTLEMENT CONFERENCE |
| KINSHIP ENTERPRISES, INC. and DOES I - V, | |
| Defendants | |

Because a corporation cannot appear *pro se* in federal court, the court on its own motion strikes the answer of defendant. *See* 28 U.S.C. § 1654; <u>Rowland v. California Men's Colony</u>, ___ U.S. ___, 113 S.Ct. 716, 721 (1993); and, <u>United States v. High Country Broadcasting Company, Inc.</u>, 3 Fed.3d 1244, 1245 (9th Cir. 1993). However,

AO 72
(Rev. 08/82)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

IT IS ORDERED that plaintiffs and their attorney and defendants appear at a status/settlement conference on **Friday, January 18, 2008, at 10:00 a.m.**

DATED this 9th day of January, 2008.

*Alex R. Munson*
ALEX R. MUNSON
Judge