Thompson Law Office LLC
Colin M. Thompson, Esq.
J.E. Tenorio Building
Saipan, MP 96950
Telephone: (670) 233-0777
Facsimile: (670) 233-0776

*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| AM NURUL MONEM SARKER, *et. al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KINSHIP ENTERPRISES, INC. and DOES I-V, <br><br> Defendants. | CIVIL ACTION NO. 07-0036 <br><br> **REQUEST FOR ENTRY OF DEFAULT** |

TO THE CLERK OF THE DISTRICT COURT:

Plaintiffs respectfully requests that than an entry of default be entered against Defendant Kinship Enterprises, Inc. ("Kinship") pursuant to Rule 55(a) of the Federal Rules of Civil Procedure as Defendant failed to file an answer in this action and the time for filing an answer has expired. The Docket Record ("Doc.") for this case indicates that:

1. Plaintiffs filed their Complaint on December 3, 2007 (Doc. #5).

2. Defendant Kinship was served with the Complaint (Doc. ##6-8).

3. Defendant Kinship filed an "Answer" on January 8, 2008 (Doc. #9).

4. The Court issued an order striking the Answer from the record on January 9, 2008 "[b]ecause a corporation cannot appear *pro se* in federal court…" (Doc. #10).

5. As of the date of this Request, Defendant Kinship has never filed an Answer to Plaintiffs' Complaint.

1

As Defendant failed to file an answer in this action and the time for filing an answer has expired, Plaintiffs respectfully requests that than an entry of default be entered against Defendant Kinship.

Dated this 21st day of July 2008.

                        THOMPSON LAW OFFICE LLC

By:       /s/
        Colin M. Thompson
        Attorney for Plaintiffs