F I L E D
Clerk
District Court

JUL 23 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| AM NURUL MONEM SARKER, *et al.*, <br><br> Plaintiffs <br><br> v. <br><br> KINSHIP ENTERPRISES, INC. and DOES I - V, <br><br> Defendants | Civil No. 07-0036 <br><br><br><br><br> ORDER OF DEFAULT AGAINST KINSHIP ENTERPRISES, INC. |

IT APPEARING from the record in this matter that defendant Kinship Enterprises, Inc. was served with summons and complaint and failed to properly answer or otherwise plead within the time allowed by law; NOW, THEREFORE,

IT IS ORDERED that default be and hereby is entered against defendant Kinship Enterprises, Inc., effective this date

DATED this 23rd day of July, 2008.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)